Jon P. Jacobs (SBN 205245)
Ryan H. Gomez (SBN 305208)
LAW OFFICES OF JON JACOBS
5701 Lonetree Blvd., Suite 202
Rocklin, CA 95765
Telephone: (916) 663-6400
Facsimile: (916) 663-6500
jpj@lemonbuyback.com
ryan@lemonbuyback.com

Attorneys for Plaintiff
MICHAEL HAYES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| MICHAEL HAYES, | CASE NO.: 2:18-cv-01783-JAM-EFB |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| FCA US LLC; and DOES ONE through TEN | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: December 21, 2018              LAW OFFICES OF JON JACOBS

                                      /s/ Ryan H. Gomez
                                      Ryan H. Gomez
                                      Attorneys for Plaintiff
                                      MICHAEL HAYES

Dated: December 21, 2018              HAWKINS PARNELL THACKSTON & YOUNG LLP

                                      /s/ Jeffrey T. Thayer (auth. on 12/21/18)
                                      Jeffrey T. Thayer
                                      Attorneys for Defendants
                                      FCA US LLC